ORIGINAL

LODGED

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov

Attorneys for Petitioner
United States of America

FILED
CLERK U.S. DISTRICT COURT
JUL 2 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>  vs.<br><br>MARGARET A. ELLIOTT,<br><br>    Respondent. | Case No. SACV08-00808 JVS (RNBx)<br><br>[PROPOSED]<br>ORDER TO SHOW CAUSE |

    Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summons. *See United States v. Powell*, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964).

    Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, at the following address on specified dated and time, and show cause why the testimony and

1 | production of books, papers, records, and other data demanded in the subject IRS
2 | summonses should not be compelled:
3 | Date: Monday, September 8, 2008
4 | Time: *11:00 AM*
5 | Courtroom: *10C*
6 | Address:   ☐ United States Courthouse
7 |   312 North Spring Street, Los Angeles, California, 90012
8 |   ☐ Roybal Federal Building and United States Courthouse
9 |   255 E. Temple Street, Los Angeles, California, 90012
10 |   ☑ Ronald Reagan Federal Building and United States Courthouse
11 |   411 West Fourth Street, Santa Ana, California, 92701
12 |   ☐ Brown Federal Building and United States Courthouse
13 |   3470 Twelfth Street, Riverside, California, 92501
14 |
15 | **IT IS FURTHER ORDERED** that copies of the following documents be served
16 | on Respondent by personal delivery or certified mail:
17 |   1. This Order; and
18 |   2. The Petition, Memorandum of Points and Authorities, and accompanying
19 |      Declaration.
20 | Service may be made by any employee of the IRS or the United States Attorney's
21 | Office.
22 | **IT IS FURTHER ORDERED** that within ten (10) days after service upon
23 | Respondent of the herein described documents, Respondent shall file and serve a
24 | written response, supported by appropriate sworn statements, as well as any
25 | desired motions. If, prior to the return date of this Order, Respondent files a
26 | response with the Court stating that Respondent does not oppose the relief
27 | sought in the Petition, nor wish to make an appearance, then the appearance of
28 |

1  Respondent at any hearing pursuant to this Order to Show Cause is excused, and
2  Respondent shall comply with the summonses within ten (10) days thereafter.
3  **IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings
4  will be considered on the return date of this Order.  Only those issues raised by
5  motion or brought into controversy by the responsive pleadings and supported by
6  sworn statements filed within ten (10) days after service of the herein described
7  documents will be considered by the Court.  All allegations in the Petition not
8  contested by such responsive pleadings or by sworn statements will be deemed
9  admitted.

11  DATED:   7.23.08

U.S. DISTRICT COURT JUDGE

14  Respectfully submitted,
15  THOMAS P. O'BRIEN
    United States Attorney
16  SANDRA R. BROWN
17  Assistant United States Attorney
    Chief, Tax Division

20  GAVIN L. GREENE
21  Assistant United States Attorney
    Attorneys for United States of America